No. 1091, Misc. NYE *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney Gen-

eral, and *Gordon Ringer*, Deputy Attorney General, for respondent.

